# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2513
_____

JENNIFER RAE OLIVER, as
Trustee of the Padgett Living
Trust, and JANET RICHELLE
PADGETT, as attorney in fact for
Betty Sue Padgett,

    Appellants,

    v.

CARL SELPH, PATRICIA SUZANNE
SELPH, GREY LION
COMMUNICATIONS, LLC,
BRANDAIS MANAGEMENT
SERVICES, LLC and BANK OF
AMERICA N.A.,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.


May 27, 2026


PER CURIAM.

    DISMISSED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jerry L. Rumph, Jr., Olivia M. Brooks, and Lauren T. Evans of Brooks and Rumph Law, Tallahassee, for Appellants.

No appearance for Appellees.